UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
____

JACK LEROY WINE, JR.,

        Petitioner,                    Case No. 1:21-cv-86

v.                                    Honorable Paul L. Maloney

SHANE JACKSON,

        Respondent.
_____/

### JUDGMENT

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for lack of exhaustion of available state-court remedies.

Dated:  February 4, 2021                    /s/ Paul L. Maloney
                                                    Paul L. Maloney
                                                    United States District Judge